NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MID CONTINENT STEEL & WIRE, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellee*

**PT ENTERPRISE INC., PRO-TEAM COIL NAIL ENTERPRISE INC., UNICATCH INDUSTRIAL CO., LTD., WTA INTERNATIONAL CO., LTD., ZON MON CO., LTD., HOR LIANG INDUSTRIAL CORPORATION, PRESIDENT INDUSTRIAL INC., LIANG CHYUAN INDUSTRIAL CO., LTD.,**
*Defendants-Appellants*

---

2024-1556

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00213-CRK and 1:15-cv-00220-CRK, Judge Claire R. Kelly.

---

**ON MOTION**

---

Before STOLL, *Circuit Judge*.

# O R D E R

Upon consideration of the unopposed motion by Government of Canada; Canfor Corporation; Canadian Forest Products, Ltd.; Canfor Wood Products Marketing, Ltd.; J.D. Irving, Limited; Resolute FP Canada Inc.; Tolko Industries Ltd.; Tolko Marketing and Sales Ltd.; and West Fraser Mills Ltd. (collectively, "amici") for leave to file a brief amici curiae in support of appellants,

IT IS ORDERED THAT:

The motion is granted. ECF No. 28-2 is accepted for filing as the amici's brief.

FOR THE COURT

June 13, 2024
Date

Jarrett B. Perlow
Clerk of Court