NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MID CONTINENT STEEL & WIRE, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellee*

**PT ENTERPRISE INC., PRO-TEAM COIL NAIL ENTERPRISE INC., UNICATCH INDUSTRIAL CO., LTD., WTA INTERNATIONAL CO., LTD., ZON MON CO., LTD., HOR LIANG INDUSTRIAL CORPORATION, PRESIDENT INDUSTRIAL INC., LIANG CHYUAN INDUSTRIAL CO., LTD.,**
*Defendants-Appellants*

---

2024-1556

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00213-CRK and 1:15-cv-00220-CRK, Judge Claire R. Kelly.

---

**ON MOTION**

---

Per Curiam.

# ORDER

The Committee Overseeing Action for Lumber International Trade Investigations or Negotiations (the "Committee") moves unopposed for leave to file a brief amicus curiae in support of the United States.

The court notes that the amicus brief, ECF No. 40 pages 11 to 36, does not state on the cover whether it is in favor of affirmance or reversal as required by Federal Rule of Appellate Procedure 29(a)(4).

Upon consideration thereof,

It Is Ordered That:

The motion is granted to the extent that, no later than seven days from the date of entry of this order, the Committee is directed to file a corrected brief fixing the issue identified in this order.

For the Court

September 12, 2024
Date

Jarrett B. Perlow
Clerk of Court