# 2024-1556

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MID CONTINENT STEEL & WIRE INC.,

                Plaintiff-Appellee,

v.

UNITED STATES,

                Defendant-Appellee,

and

PT ENTERPRISE INC., PRO-TEAM COIL NAIL ENTERPRISE INC., UNICATCH INDUSTRIAL CO., LTD., WTA INTERNTIONAL CO., LTD., ZON MON CO., LTD., HOR LIANG INDUSTRIAL CORPORATION, PRESIDENT INDUSTRIAL INC., and LIANG CHYUAN INDUSTRIAL CO., LTD.,

                Defendants-Appellants

Appeal from the United States Court of International Trade in
Case Nos. 15-cv-00213 and 15-cv-00220, Judge Claire R. Kelly

## CONSENT MOTION FOR LEAVE TO CORRECT JOINT APPENDIX

Pursuant to Fed. Cir. R. 25(i)(1), Defendant-Appellants PT Enterprise Inc., Pro-Team Coil Nail Enterprise Inc., Unicatch Industrial Co., Ltd., WTA International Co., Ltd., Zon Mon Co., Ltd., Hor Liang Industrial Corporation, President Industrial Inc., and Liang Chyuan Industrial Co., Ltd., respectfully seek leave from this Court to correct the Joint Appendix filed in this proceeding on October 10, 2024, to add six cited appendix pages that were inadvertently excluded from the submission.

Upon review of the Joint Appendix and in preparation for the submission of paper copies of the filing, we discovered that the last document in Volume III of the Joint Appendix was missing the cited pages. This document was the U.S. Department of Commerce, Memorandum regarding Placing Margin Calculations on the Record (July 11, 2022) and we should have included the following pages: Appx2468, Appx2573, Appx2584, Appx2594, Appx2661, and Appx2662. These pages were inadvertently excluded when the various pdfs were compiled together for filing. Since these documents were cited by the parties in their briefs, the Court may consider the correction to the Joint Appendix "substantive", necessitating the filing of this motion.

Counsel for Defendants-Appellants contacted counsel for all other parties to this appeal on October 24, 2024, seeking their consent to this motion. All parties have indicated that they consent to the motion and to the correction of the Joint Appendix.

Defendants-Appellants therefore respectfully request leave of this Court to file a corrected Joint Appendix correcting the inadvertent error described in this motion. The Corrected Joint Appendix is being filed concurrently with the filing of this motion.

Respectfully submitted,

/s/ *Ned H. Marshak*
Ned H. Marshak
Andrew T. Schutz*

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

599 Lexington Ave., 36th Floor
New York, New York 10022
(212) 557-4000

*1201 New York Ave., NW, Ste 650
Washington, DC 20005

*Counsel to Defendants-Appellants*

Dated: October 25, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 24-1556

**Short Case Caption** Mid Continent Steel & Wire, Inc. v. US

**Filing Party/Entity** PT Enterprise Inc., Pro-Team Coil Nail Enterprise Inc., Unicatch Industrial Co., Ltd., WTA International Co., Ltd., Zon Mon Co. Ltd., Hor Liang Industrial Corporation, President Industrial Inc., and Liang Chyuan Industrial Co. Ltd.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/25/2024    Signature: /s/ Ned H. Marshak

Name: Ned H. Marshak

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| PT Enterprise Inc. | | |
| Pro-Team Coil Nail Enterprise Inc. | | |
| Unicatch Industrial Co., Ltd. | | |
| WTA International Co., Ltd. | | |
| Zon Mon Co., Ltd. | | |
| Hor Liang Industrial Corporation | | |
| President Industrial Inc. | | |
| Liang Chyuan Industrial Co., Ltd. | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 28.1(e)(2) and 32(a)(7)(B).

This motion contains 260 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6).

This motion has been prepared in a proportionally spaced type face using Word 2010 in Times New Roman 14 point font.

　　　　　　　　　　　　　　　　　　*/s/ Ned H. Marshak*
　　　　　　　　　　　　　　　　　　Ned H. Marshak