NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MID CONTINENT STEEL & WIRE, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellee*

**PT ENTERPRISE INC., PRO-TEAM COIL NAIL ENTERPRISE INC., UNICATCH INDUSTRIAL CO., LTD., WTA INTERNATIONAL CO., LTD., ZON MON CO., LTD., HOR LIANG INDUSTRIAL CORPORATION, PRESIDENT INDUSTRIAL INC., LIANG CHYUAN INDUSTRIAL CO., LTD.,**
*Defendants-Appellants*

2024-1556

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00213-CRK and 1:15-cv-00220-CRK, Judge Claire R. Kelly.

**ON MOTION**

## O R D E R

Upon consideration of appellants' unopposed motion for leave to file a corrected joint appendix with materials that were "inadvertently excluded" from the earlier filing but cited in the briefing, ECF No. 60 at 1,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

November 4, 2024
Date

Jarrett B. Perlow
Clerk of Court