NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MID CONTINENT STEEL & WIRE, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellee*

**PT ENTERPRISE INC., PRO-TEAM COIL NAIL ENTERPRISE INC., UNICATCH INDUSTRIAL CO., LTD., WTA INTERNATIONAL CO., LTD., ZON MON CO., LTD., HOR LIANG INDUSTRIAL CORPORATION, PRESIDENT INDUSTRIAL INC., LIANG CHYUAN INDUSTRIAL CO., LTD.,**
*Defendants-Appellants*

---

2024-1556

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00213-CRK, 1:15-cv-00220-CRK, Judge Claire R. Kelly.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

The United States moves to remand the above-captioned appeal to the United States Court of International Trade and cancel the oral argument scheduled for December 1, 2025. Appellants respond.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to cancel argument is denied. The parties should plan to focus on the remand issue at argument.

FOR THE COURT

November 25, 2025
Date

Jarrett B. Perlow
Clerk of Court